# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2023

*The Court of Appeals hereby passes the following order:*

## A23A0255. VINCENT R. HAMILTON v. KIM HAMILTON.

Kim Hamilton filed this action against her ex-husband, Vincent Hamilton, to domesticate and enforce an Australian divorce judgment pursuant to the Uniform Enforcement of Foreign Judgments Law, OCGA § 9-12-130 et seq. The trial court domesticated the foreign judgment, and Vincent Hamilton filed this direct appeal.[1] We lack jurisdiction.

Compliance with the discretionary appeals procedure is required in "[a]ppeals from judgments or orders in divorce, alimony, and other domestic relations cases." OCGA § 5-6-35 (a) (2). A case involving the domestication of a divorce decree constitutes a "domestic relations" case within the meaning of OCGA § 5-6-35 (a) (2). See *Eickhoff v. Eickhoff*, 263 Ga. 498, 499-500 (1) (435 SE2d 914) (1993), overruled on other grounds by *Lee v. Green Land Co.*, 272 Ga. 107 (527 SE2d 204) (2000); *Elmore v. Elmore*, 177 Ga. App. 682, 682 (1) (340 SE2d 651) (1986); *Lewis v. Robinson*, 176 Ga. App. 374, 374-375 (336 SE2d 280) (1985).

"Where both the direct and discretionary appeal statutes are implicated, it is always the underlying subject matter that will control whether the appeal must be brought pursuant to OCGA § 5-6-34 or § 5-6-35." *Walker v. Estate of Mays*, 279 Ga. 652, 653 (1) (619 SE2d 679) (2005). This case, involving the domestication of a

---

[1] Around the same time, Hamilton filed an application for discretionary appeal in a related separate maintenance action. We granted the application, see Case No. A23D0021 (Aug. 23, 2022), and the ensuing appeal has been docketed as Case No. A23A0288.

divorce decree, is a "domestic relations" case because the underlying subject matter is a final judgment of divorce. Id. at 655 (3). Vincent Hamilton was required to comply with the discretionary appeals procedure, and his failure to do so deprives us of jurisdiction over this appeal. Accordingly, this appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  03/30/2023*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*